

From: +18574523778 Tony Poker Malden
To: +16175995707 _$!<Other>!$_ (owner)
Yo
Participant
Delivered
Read
Played
+16175995707 _$!<Other>!$_
6/10/2022 9:01:13 PM(UTC+0)
Status: Read
6/10/2022 8:53:10 PM(UTC+0)

Source Extraction:
1B22 iPhone 13 (NER007124)
Source Info:
00008110-000E69640101801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x1191D91 (Table: message, handle, chat; Size: 33873920 bytes)

From: +18574523778 Tony Poker Malden
To: +16175995707 _$!<Other>!$_ (owner)

2 here come.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16175995707 _$!<Other>!$_ | | 6/13/2022 12:44:37 AM(UTC+0) | |

**Status:** Read

6/13/2022 12:43:00 AM(UTC+0)

Source Extraction:
1B22 iPhone 13 (NER007124)
Source Info:
00008110-000E69640101801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x11A4416 (Table: message, handle, chat; Size: 33873920 bytes)

From: +16175995707 _$!<Other>!$_ (owner)
To: +18574523778 Tony Poker Malden
Now
Participant
Delivered
Read
Played
+18574523778 Tony Poker Malden
6/13/2022 12:44:46 AM(UTC+0)
Status: Sent
6/13/2022 12:44:44 AM(UTC+0)

Source Extraction:
1B22 iPhone 13 (NER007124)
Source Info:
00008110-000E69640101801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x11A4223 (Table: message, chat, handle; Size: 33873920 bytes)

EXHIBIT
60
22-cr-10205-NMG

From: +16175995707 _$!<Other>!$_ (owner)
To: +18574523778 Tony Poker Malden

No body els just them two ???

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18574523778 Tony Poker Malden | 6/13/2022 12:44:51 AM(UTC+0) | | |

**Status:** Sent

6/13/2022 12:44:51 AM(UTC+0)

Source Extraction:
1B22 iPhone 13 (NER007124)
Source Info:
00008110-000E69640101801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x11A5F8D (Table: message, chat, handle; Size: 33873920 bytes)

From: +16175995707 _$!<Other>!$_ (owner)
To: +18574523778 Tony Poker Malden

??

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18574523778 Tony Poker Malden | 6/13/2022 12:45:21 AM(UTC+0) | | |

**Status:** Sent

6/13/2022 12:45:20 AM(UTC+0)

Source Extraction:
1B22 iPhone 13 (NER007124)
Source Info:
00008110-000E69640101801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x11A5D4B (Table: message, chat, handle; Size: 33873920 bytes)

From: +16175995707 _$!<Other>!$_ (owner)
To: +18574523778 Tony Poker Malden

Come now ????

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18574523778 Tony Poker Malden | 6/13/2022 12:45:24 AM(UTC+0) | | |

**Status:** Sent

6/13/2022 12:45:23 AM(UTC+0)

Source Extraction:
1B22 iPhone 13 (NER007124)
Source Info:
00008110-000E69640101801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x11A5B3D (Table: message, chat, handle; Size: 33873920 bytes)

From: +16175995707 _$!<Other>!$_ (owner)
To: +18574523778 Tony Poker Malden

Yo

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18574523778 Tony Poker Malden | 6/13/2022 12:45:42 AM(UTC+0) | 6/13/2022 12:46:27 AM(UTC+0) | |

**Status:** Sent

6/13/2022 12:45:41 AM(UTC+0)

Source Extraction:
1B22 iPhone 13 (NER007124)
Source Info:
00008110-000E69640101801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x11A5913 (Table: message, chat, handle; Size: 33873920 bytes)

From: +16175995707 _$!<Other>!$_ (owner)
To: +18574523778 Tony Poker Malden

???

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18574523778 Tony Poker Malden | 6/13/2022 12:47:05 AM(UTC+0) | | |

**Status:** Sent

6/13/2022 12:47:04 AM(UTC+0)

Source Extraction:
1B22 iPhone 13 (NER007124)
Source Info:
00008110-000E69640101801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x11A5705 (Table: message, chat, handle; Size: 33873920 bytes)

From: +16175995707 _$!<Other>!$_ (owner)
To: +18574523778 Tony Poker Malden

What's the word ???

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18574523778 Tony Poker Malden | 6/13/2022 12:47:13 AM(UTC+0) | | |

**Status:** Sent

6/13/2022 12:47:13 AM(UTC+0)

Source Extraction:
1B22 iPhone 13 (NER007124)
Source Info:
00008110-000E69640101801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x11A54F7 (Table: message, chat, handle; Size: 33873920 bytes)

From: +16175995707 _$!<Other>!$_ (owner)
To: +18574523778 Tony Poker Malden
What we doing ???
Participant
Delivered
Read
Played
+18574523778 Tony Poker Malden
6/13/2022 12:47:34 AM(UTC+0)
6/13/2022 12:47:57 AM(UTC+0)
Status: Sent
6/13/2022 12:47:34 AM(UTC+0)

Source Extraction:
1B22 iPhone 13 (NER007124)
Source Info:
00008110-000E69640101801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x11A52BD (Table: message, chat, handle; Size: 33873920 bytes)

From: +18574523778 Tony Poker Malden
To: +16175995707 _$!<Other>!$_ (owner)

Come in now

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16175995707 _$!<Other>!$_ | | 6/13/2022 12:48:03 AM(UTC+0) | |

**Status:** Read

6/13/2022 12:48:03 AM(UTC+0)

Source Extraction:
1B22 iPhone 13 (NER007124)
Source Info:
00008110-000E69640101801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x11A6F83 (Table: message, handle, chat; Size: 33873920 bytes)

From: +18574523778 Tony Poker Malden
To: +16175995707 _$!<Other>!$_ (owner)

I think one guy is here a customer

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16175995707 _$!<Other>!$_ | | 6/13/2022 12:49:22 AM(UTC+0) | |

**Status:** Read

6/13/2022 12:48:20 AM(UTC+0)

Source Extraction:
1B22 iPhone 13 (NER007124)
Source Info:
00008110-000E69640101801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x11A6D8A (Table: message, handle, chat; Size: 33873920 bytes)

From: +16175995707 _$!<Other>!$_ (owner)
To: +18574523778 Tony Poker Malden

It's locked

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18574523778 Tony Poker Malden | 6/13/2022 12:49:30 AM(UTC+0) | | |

**Status:** Sent

6/13/2022 12:49:30 AM(UTC+0)

Source Extraction:
1B22 iPhone 13 (NER007124)
Source Info:
00008110-000E69640101801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x11A6B6B (Table: message, chat, handle; Size: 33873920 bytes)

From: +16175995707 _$!<Other>!$_ (owner)
To: +18574523778 Tony Poker Malden

They have a lock

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18574523778 Tony Poker Malden | 6/13/2022 12:49:38 AM(UTC+0) | 6/13/2022 12:49:45 AM(UTC +0) | |

**Status:** Sent

6/13/2022 12:49:37 AM(UTC+0)

Source Extraction:
1B22 iPhone 13 (NER007124)
Source Info:
00008110-000E69640101801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x11A693F (Table: message, chat, handle; Size: 33873920 bytes)

From: +18574523778 Tony Poker Malden
To: +16175995707 _$!<Other>!$_ (owner)

I'll come out

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16175995707 _$!<Other>!$_ | | 6/13/2022 12:49:56 AM(UTC +0) | |

**Status:** Read

6/13/2022 12:49:49 AM(UTC+0)

Source Extraction:
1B22 iPhone 13 (NER007124)
Source Info:
00008110-000E69640101801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x11A670B (Table: message, handle, chat; Size: 33873920 bytes)

From: +16175995707 _$I<Other>I$_ (owner)
To: +18574523778 Tony Poker Malden

We here are we rushing when you come out

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18574523778 Tony Poker Malden | 6/13/2022 12:50:14 AM(UTC+0) | | |

Status: Sent

6/13/2022 12:50:13 AM(UTC+0)

Source Extraction:
1B22 iPhone 13 (NER007124)
Source Info:
00008110-000E69640101801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x11A6514 (Table: message, chat, handle; Size: 33873920 bytes)

From: +16175995707 _$I<Other>I$_ (owner)
To: +18574523778 Tony Poker Malden

We already tried and they had the lock

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18574523778 Tony Poker Malden | 6/13/2022 12:50:25 AM(UTC+0) | | |

Status: Sent

6/13/2022 12:50:24 AM(UTC+0)

Source Extraction:
1B22 iPhone 13 (NER007124)
Source Info:
00008110-000E69640101801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x11A62BA (Table: message, chat, handle; Size: 33873920 bytes)

From: +16175995707 _$I<Other>I$_ (owner)
To: +18574523778 Tony Poker Malden

??)

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18574523778 Tony Poker Malden | 6/13/2022 12:50:44 AM(UTC+0) | | |

Status: Sent

6/13/2022 12:50:43 AM(UTC+0)

Source Extraction:
1B22 iPhone 13 (NER007124)
Source Info:
00008110-000E69640101801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x11A7F8D (Table: message, chat, handle; Size: 33873920 bytes)

From: +16175995707 _$!<Other>!$_ (owner)
To: +18574523778 Tony Poker Malden

Yo

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18574523778 Tony Poker Malden | 6/13/2022 12:51:08 AM(UTC+0) | 6/13/2022 12:51:10 AM(UTC +0) | |

**Status:** Sent

6/13/2022 12:51:08 AM(UTC+0)

Source Extraction:
1B22 iPhone 13 (NER007124)
Source Info:
00008110-000E69640101801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x11A7D77 (Table: message, chat, handle; Size: 33873920 bytes)

From: +18574523778 Tony Poker Malden
To: +16175995707 _$!<Other>!$_ (owner)

Get ready

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16175995707 _$!<Other>!$_ | | 6/13/2022 12:51:13 AM(UTC +0) | |

**Status:** Read

6/13/2022 12:51:13 AM(UTC+0)

Source Extraction:
1B22 iPhone 13 (NER007124)
Source Info:
00008110-000E69640101801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x11A7B5F (Table: message, handle, chat; Size: 33873920 bytes)

From: +16175995707 _$!<Other>!$_ (owner)
To: +18574523778 Tony Poker Malden

Are you on your way out

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18574523778 Tony Poker Malden | 6/13/2022 12:51:14 AM(UTC+0) | 6/13/2022 12:51:15 AM(UTC +0) | |

**Status:** Sent

6/13/2022 12:51:14 AM(UTC+0)

Source Extraction:
1B22 iPhone 13 (NER007124)
Source Info:
00008110-000E69640101801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x11A796C (Table: message, chat, handle; Size: 33873920 bytes)

From: +16175995707 _$!<Other>!$_ (owner)
To: +18574523778 Tony Poker Malden

We at the doors

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18574523778 Tony Poker Malden | 6/13/2022 12:51:57 AM(UTC+0) | | |

**Status:** Sent

6/13/2022 12:51:57 AM(UTC+0)

Source Extraction:
1B22 iPhone 13 (NER007124)
Source Info:
00008110-000E69640101801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x11A7734 (Table: message, chat, handle; Size: 33873920 bytes)

From: +16175995707 _$!<Other>!$_ (owner)
To: +18574523778 Tony Poker Malden

Where you at

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18574523778 Tony Poker Malden | 6/13/2022 12:52:02 AM(UTC+0) | 6/13/2022 12:57:41 AM(UTC +0) | |

**Status:** Sent

6/13/2022 12:52:02 AM(UTC+0)

Source Extraction:
1B22 iPhone 13 (NER007124)
Source Info:
00008110-000E69640101801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x11A7506 (Table: message, chat, handle; Size: 33873920 bytes)

From: +18574523778 Tony Poker Malden
To: +16175995707 _$!<Other>!$_ (owner)

What's taking so long

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16175995707 _$!<Other>!$_ | | 6/13/2022 2:30:11 AM(UTC +0) | |

**Status:** Read

6/13/2022 2:00:11 AM(UTC+0)

Source Extraction:
1B22 iPhone 13 (NER007124)
Source Info:
00008110-000E69640101801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x11A89E9 (Table: message, handle, chat; Size: 33873920 bytes)



From: +16175995707 _$!<Other>!$_ (owner)
To: +18574523778 Tony Poker Malden

How far ??

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18574523778 Tony Poker Malden | 8/10/2022 10:30:10 PM(UTC+0) | 8/10/2022 10:30:14 PM(UTC+0) | |

**Status:** Sent

8/10/2022 10:30:09 PM(UTC+0)

Source Extraction:
1B22 iPhone 13 (NER007124)
Source Info:
00008110-000E69640101801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x16F0557 (Table: message, chat, handle; Size: 33873920 bytes)

From: +18574523778 Tony Poker Malden
To: +16175995707 _$!<Other>!$_ (owner)

It's little traffic now. I just got the ride

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16175995707 _$!<Other>!$_ | | 8/10/2022 10:30:34 PM(UTC+0) | |

**Status:** Read

8/10/2022 10:30:33 PM(UTC+0)

Source Extraction:
1B22 iPhone 13 (NER007124)
Source Info:
00008110-000E69640101801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x16F0331 (Table: message, handle, chat; Size: 33873920 bytes)

From: +18574523778 Tony Poker Malden
To: +16175995707 _$!<Other>!$_ (owner)

30 mins

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16175995707 _$!<Other>!$_ | | 8/10/2022 10:30:56 PM(UTC+0) | |

**Status:** Read

8/10/2022 10:30:55 PM(UTC+0)

Source Extraction:
1B22 iPhone 13 (NER007124)
Source Info:
00008110-000E69640101801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x16F1F83 (Table: message, handle, chat; Size: 33873920 bytes)

From: +16175995707 _$!<Other>!$_ (owner)
To: +18574523778 Tony Poker Malden

Come on bro smh ♂

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18574523778 Tony Poker Malden | 8/10/2022 10:31:14 PM(UTC+0) | | |

**Status:** Sent

8/10/2022 10:31:14 PM(UTC+0)

Source Extraction:
1B22 iPhone 13 (NER007124)
Source Info:
00008110-000E69640101801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x16F1D9A (Table: message, chat, handle; Size: 33873920 bytes)

From: +16175995707 _$!<Other>!$_ (owner)
To: +18574523778 Tony Poker Malden

We can do it tomorrow

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18574523778 Tony Poker Malden | 8/10/2022 10:31:20 PM(UTC+0) | 8/10/2022 10:31:29 PM(UTC+0) | |

**Status:** Sent

8/10/2022 10:31:20 PM(UTC+0)

Source Extraction:
1B22 iPhone 13 (NER007124)
Source Info:
00008110-000E69640101801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x16F1B46 (Table: message, chat, handle; Size: 33873920 bytes)

From: +18574523778 Tony Poker Malden
To: +16175995707 _$!<Other>!$_ (owner)

I told you it's gonna take me about 30 mins to get there bro.
I arranged everything for us. It's gonna be a good night for us. You gotta trust me on this

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16175995707 _$!<Other>!$_ | | 8/10/2022 10:32:17 PM(UTC+0) | |

**Status:** Read

8/10/2022 10:32:17 PM(UTC+0)

Source Extraction:
1B22 iPhone 13 (NER007124)
Source Info:
00008110-000E69640101801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x16F1610 (Table: message, handle, chat; Size: 33873920 bytes)

From: +18574523778 Tony Poker Malden
To: +16175995707 _$!<Other>!$_ (owner)

Because it's not gonna be dark until 8 and it's perfect that we get together at 7ish. We gonna do 2 today and it's guaranteed

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16175995707 _$!<Other>!$_ | | 8/10/2022 10:34:22 PM(UTC+0) | |

**Status:** Read

8/10/2022 10:34:04 PM(UTC+0)

Source Extraction:
1B22 iPhone 13 (NER007124)
Source Info:
00008110-000E69640101801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x16F2F83 (Table: message, handle, chat; Size: 33873920 bytes)

From: +18574523778 Tony Poker Malden
To: +16175995707 _$!<Other>!$_ (owner)

In

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16175995707 _$!<Other>!$_ | | 8/11/2022 1:30:50 AM(UTC+0) | |

**Status:** Read

8/11/2022 1:30:47 AM(UTC+0)

Source Extraction:
1B22 iPhone 13 (NER007124)
Source Info:
00008110-000E69640101801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x16F27A5 (Table: message, handle, chat; Size: 33873920 bytes)

From: +16175995707 _$!<Other>!$_ (owner)
To: +18574523778 Tony Poker Malden

Where are you been here to long with this dude out here

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18574523778 Tony Poker Malden | 8/11/2022 1:32:57 AM(UTC+0) | | |

**Status:** Sent

8/11/2022 1:32:56 AM(UTC+0)

Source Extraction:
1B22 iPhone 13 (NER007124)
Source Info:
00008110-000E69640101801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x16F25C6 (Table: message, chat, handle; Size: 33873920 bytes)

From: +16175995707 _$!<Other>!$_ (owner)
To: +18574523778 Tony Poker Malden

I'm out

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18574523778 Tony Poker Malden | 8/11/2022 1:33:11 AM(UTC+0) | | |

**Status:** Sent

8/11/2022 1:33:10 AM(UTC+0)

Source Extraction:
1B22 iPhone 13 (NER007124)
Source Info:
00008110-000E69640101801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x16F234E (Table: message, chat, handle; Size: 33873920 bytes)

From: +16175995707 _$!<Other>!$_ (owner)
To: +18574523778 Tony Poker Malden

He got on the phone and keeps looking at me

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18574523778 Tony Poker Malden | 8/11/2022 1:33:24 AM(UTC+0) | 8/11/2022 1:33:24 AM(UTC+0) | |

**Status:** Sent

8/11/2022 1:33:24 AM(UTC+0)

Source Extraction:
1B22 iPhone 13 (NER007124)
Source Info:
00008110-000E69640101801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x16F3F85 (Table: message, chat, handle; Size: 33873920 bytes)

From: +16175995707 _$!<Other>!$_ (owner)
To: +18574523778 Tony Poker Malden

He is sitting infront of that door

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18574523778 Tony Poker Malden | 8/11/2022 1:33:51 AM(UTC+0) | 8/11/2022 1:33:51 AM(UTC+0) | |

**Status:** Sent

8/11/2022 1:33:50 AM(UTC+0)

Source Extraction:
1B22 iPhone 13 (NER007124)
Source Info:
00008110-000E69640101801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x16F3D1D (Table: message, chat, handle; Size: 33873920 bytes)

From: +18574523778 Tony Poker Malden
To: +16175995707 _$!<Other>!$_ (owner)

Smh

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16175995707 _$!<Other>!$_ | | 8/11/2022 1:34:01 AM(UTC+0) | |

**Status:** Read

8/11/2022 1:34:00 AM(UTC+0)

Source Extraction:
1B22 iPhone 13 (NER007124)
Source Info:
00008110-000E69640101801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x16F3AC5 (Table: message, handle, chat; Size: 33873920 bytes)

From: +16175995707 _$!<Other>!$_ (owner)
To: +18574523778 Tony Poker Malden

You text way to early smh

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18574523778 Tony Poker Malden | 8/11/2022 1:34:02 AM(UTC+0) | 8/11/2022 1:34:02 AM(UTC+0) | |

**Status:** Sent

8/11/2022 1:34:02 AM(UTC+0)

Source Extraction:
1B22 iPhone 13 (NER007124)
Source Info:
00008110-000E69640101801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x16F38DE (Table: message, chat, handle; Size: 33873920 bytes)

From: +16175995707 _$!<Other>!$_ (owner)
To: +18574523778 Tony Poker Malden

Wtf

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18574523778 Tony Poker Malden | 8/11/2022 1:34:06 AM(UTC+0) | 8/11/2022 1:34:06 AM(UTC+0) | |

**Status:** Sent

8/11/2022 1:34:05 AM(UTC+0)

Source Extraction:
1B22 iPhone 13 (NER007124)
Source Info:
00008110-000E69640101801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x16F369A (Table: message, chat, handle; Size: 33873920 bytes)